UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00357-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID WAYNE SULLIVAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's pro se Addendum to Motion for Compassionate Release (Doc. No. 37).

In light of the Court's prior Order directing the Government to Respond (Doc. No. 35), the Court hereby ORDERS the Government to include Defendant's Addendum (Doc. No. 37) in its forthcoming Response.

IT IS SO ORDERED.

Signed: June 9, 2020

Frank D. Whitney
United States District Judge

1